# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2843
LT Case No. 2020-DP-000032

_____

J.W., Mother of K.W., a Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Edward L. Scott, Judge.

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Rachel Batten, of Children's Legal Services, Department of Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, of Guardian ad Litem Office, Tallahassee, and Jamie Billotte Moses, Co-Counsel for Guardian ad Litem Program, of Holland & Knight, LLP, Orlando, for Guardian ad Litem o/b/o K.W.

February 1, 2024

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————